08 CIV 4571

JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o BLACK AND WRITE, INC.

      Plaintiff,

  - against -

M/V MSC NATAL, her engines, boilers, tackle,
apparel, etc., *in rem*; MEDITERRANEAN SHIPPING
COMPANY and ALISPED USA, INC., *in personam*,

      Defendants.
-----------------------------------------------------------X



2008 Civ.

RULE 7.1
DISCLOSURE STATEMENT

NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o BLACK AND WRITE, INC. and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. BLACK AND WRITE, INC. is not a publicly traded company.

Dated: New York, New York
      May 16, 2008
      299-690

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

                    By: _____
                              Martin F. Casey (MFC-1415)
                              317 Madison Avenue, 21st Floor
                              New York, NY 10017
                              (212) 286-0225