UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FIREMAN'S FUND INSURANCE CO. et al.

        Plaintiff,

    - against -

M/V MSC NATAL etc et al.

        Defendants
-------------------------------------------------------X

08 Civ. 4571 (RWS)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

The above entitled matter having been settled,

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       June 23, 2008
       299-690

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

                        By: _____
                              Martin F. Casey (MFC/1415)
                              317 Madison Avenue, 21st Floor
                              New York, New York 10017
                              (212) 286-0225

**SO ORDERED:**

_____
U.S.D.J.   6.24.08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```